Law Offices of
# Donald J. Yannella
A Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

70 Grand Avenue, Suite 100　　　　　　　　　　　233 Broadway, Suite 2370
River Edge, NJ 07661　　　　　　　　　　　　　　New York, NY 10279
　　　　　　　　　　　　　　　　　　　　　　　　(Preferred mailing address)

September 8, 2022

Hon. Jed S. Rakoff
United States District Judge
500 Pearl Street
New York, NY 10007

  Re: United States v. Silva, 21 Cr. 412

Hon. Jed S. Rakoff:

  I am counsel for Mike Silva, who is serving a sentence that includes living at a halfway house in the Bronx for a period of time. Mr. Silva requests that he be permitted to leave his halfway house at 6 AM on Sundays instead of at 7 AM. The reason is that leaving the Bronx halfway house at 7 AM does not give him enough time to arrive at work in Brooklyn at 8 AM.

  Mr. Silva also requests that the Probation Department be authorized and ordered to return his passport to him.

  AUSA Kaylan Lasky informs me that she has no objection to these two applications.

SO ORDERED
/s/ Jed S. Rakoff
USDJ
9-9-22

Sincerely,

/s/ Don Yannella

Donald J. Yannella, Esq.